UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1209
(8:21-cv-00549-LKG)

_____

BAHRAM SHAKERI

    Plaintiff - Appellant

v.

JEREMY ALLEN

    Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Joint appendix due: 05/15/2025

Opening brief due: 05/15/2025

Response brief due: 06/16/2025

Any reply brief: 21 days from service of response brief.

                For the Court--By Direction

                /s/ Nwamaka Anowi, Clerk